AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TINA FRAZIER,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

| | |
|---|---|
| **MICHAEL J. ASTRUE,** | **CASE NO. C2-09-1050** |
| **COMMISSIONER OF** | **JUDGE EDMUND A. SARGUS, JR.** |
| **SOCIAL SECURITY,** | **MAGISTRATE JUDGE NORAH MCCANN KING** |

        **Defendant.**

____    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed February 15, 2011, JUDGMENT is hereby entered DISMISSING this action.**

Date: February 15, 2011        JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk